UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMEISHA EVEL BENSON,

Plaintiff,

v.

COLUMBIA DEBT RCVY GENESIS,

Defendant.

Case No. 2:26-02585-JHC

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. # 6), the remaining record, and the governing law, the Court finds and ORDERS:

(1) Plaintiff did not file an objection to the Report and Recommendation, which the Court now ADOPTS.

(2) Plaintiff's application to proceed IFP (Dkt. # 4) is DENIED. Plaintiff is directed to pay the filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to close the case.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

Dated this 9th day of October, 2026.

John H. Chun
United States District Judge